# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0161
Lower Tribunal No. 22-CA-3090

_____

COMMON WEALTH TRUST SERVICES, LLC, as Trustee of the 0 POLK PARKWAY LAND TRUST,

Appellant,

v.

POLK COUNTY, a political subdivision of the STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
William D. Sites, Judge.

September 19, 2025

PER CURIAM.

AFFIRMED. *See Melrose Ventures, LLC v. Uptempo Mktg. Corp.*, No. 6D2023-3824, 2025 WL 2088722, at *2, n.3 (Fla. 6th DCA July 25, 2025) ("[W]hen an error appears for the first time on the face of the order, it is well settled that parties can preserve the issue by filing a motion for rehearing."); *Williams v. Williams*, 152 So. 3d 702, 704 (Fla. 1st DCA 2014) ("[W]here an error by the court appears for the first time on the face of a final order, a party must alert the court of the error via a

motion for rehearing or some other appropriate motion in order to preserve it for appeal.").

WOZNIAK, MIZE and GANNAM, JJ., concur.

Daniel F. Pilka, of Pilka Adams & Reed, P.A., Brandon, for Appellant.

Jonathan B. Trohn, of Campbell Trohn Tamayo & Aranda, P.A., Lakeland, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED